**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STELLA SOSA WOLF, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 21-cv-3273 |
| | ) | |
| v. | ) | |
| | ) | |
| ST. ANTHONY HOSPITAL, an Illinois corporation, | ) | Judge Shah |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PARTIES' JOINT STATUS REPORT**

NOW COMES Defendant, SAINT ANTHONY HOSPITAL, by and through Heather A. Bailey and Allison P. Sues of SmithAmundsen LLC, and STELLA WOLF, by and through Gail Eisenberg of Loftus and Eisenberg, Ltd., and submit the following Joint Progress Report pursuant to the Court's Order dated August 22, 2022 (Dkt. No. 41).

The Parties have closed Fact Discovery. The Parties engaged in settlement discussions but were unable to reach a resolution. Accordingly, Defendant is now planning to file a dispositive motion by the October 28, 2022 deadline.


Dated: September 21, 2022

Respectfully submitted,

**SAINT ANTHONY HOSPITAL**

BY:  /s/ Heather A. Bailey
         One of the Attorneys for Saint Anthony Hospital

Heather A. Bailey, Esq. (ARDC#06274501)
Allison P. Sues, Esq. (ARDC#6304098)
SmithAmundsen LLC
150 N. Michigan Ave., Suite 3300

Chicago, Illinois 60601
(312) 894-3266 – Telephone
(312) 997-1710 – Facsimile

**STELLA WOLF**

BY:    /s/ Gail S. Eisenberg
          One of the Attorneys for Plaintiff

Gail S. Eisenberg, Esq.
Loftus &  Eisenberg, Ltd.
161 N. Clark, Suite 1600
Chicago, Illinois 60601
T: 312-899-6625
gail@loftusandeisenberg.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants, and I hereby certify that I have mailed by United States Postal Service the document to any non CM/ECF participants.

/s/ *Heather A. Bailey*

ATTORNEY FOR DEFENDANT,
SAINT ANTHONY HOSPITAL